1  Jeffrey L. Bornstein (SBN 99358)
   jeff.bornstein@klgates.com
2  Leanne E. Hartmann (SBN 264787)
   leanne.hartmann@klgates.com
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California  94111
   Telephone:   (415) 882-8200
5  Facsimile:    (415) 882-8220

6  Attorneys for Defendant
   QI FANG HUANG
7

8                     **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11 | | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 11-0343 JSW |
| Plaintiff, | **STIPULATION FOR ORDER TO RETURN PASSPORT; [PROPOSED] ORDER** |
| v. | |
| QI FANG HUANG, et al., | |
| Defendants. | |

27  SF-269294 v1

28

---

**CR 11-0343 JSW**

DEFENDANT QI FANG HUANG'S STIPULATION FOR ORDER TO RETURN PASSPORT;
[PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between counsel for the United States and counsel for Defendant QI FANG HUANG, that the Clerk of this Court be ordered to return to Ms. Huang the United States Passport # 442881319 that Ms. Huang surrendered to the Clerk on May 31, 2011. The basis for the Stipulation is that Ms. Huang was sentenced on August 9, 2012.

Respectfully submitted,

K&L GATES LLP

Dated: August 23, 2012        By:   */s/ Leanne E. Hartmann*
                                    Jeffrey L. Bornstein
                                    Leanne E. Hartmann
                                    Attorneys for Defendant
                                    QI FANG HUANG


UNITES STATES ATTORNEY'S OFFICE

Dated:  August 23, 2012       By:   */s/ David R. Callaway*
                                    David R. Callaway
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    UNITED STATES

### [PROPOSED] ORDER

IT IS ORDERED THAT the Clerk of this Court return QI FANG HUANG's United States passport # 442881319 to her attorneys of record.

Dated: August  24 , 2012

_____
HONORABLE JEFFREY S. WHITE
Judge of the United States District Court
Northern District of California

---

**CR 11-0343 JSW**                                    1
DEFENDANT QI FANG HUANG'S STIPULATION FOR ORDER TO RETURN PASSPORT;
[PROPOSED] ORDER